Opinion issued April 12, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00126-CV

____________


FELTON BAKER, Appellant


V.


GOPDQ.NET, L.L.C. AND GOPDQ.NET, L.L.C., D/B/A GOPDQ
PORTABLE TOILETS, Appellees






On Appeal from the 157th District Court

Harris County, Texas

Trial Court Cause No. 2005-29183






MEMORANDUM OPINION

 The parties have filed a joint motion to dismiss their appeal. No opinion has
issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R.
App. P. 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Nuchia, Keyes, and Higley.